# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

147218-9 & (69)(70)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MELVIN M. KAFTAN,
      Plaintiff-Appellant,

v

CAROLE K. KAFTAN,
      Defendant-Appellee.

SC: 147218
COA: 301075
Oakland CC: 09-103826-CK

_____/

CAROLE K. KAFTAN,
      Plaintiff-Appellee,

v

MELVIN M. KAFTAN,
      Defendant-Appellant.

SC: 147219
COA: 301495
Oakland CC: 09-103825-CK

_____/

On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the April 25, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



Clerk

h0122